IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KAREN J. STEWART, | |
| Plaintiff, | Case No.: 1:14-cv-08667 |
| v. | |
| CATERPILLAR INC. NON-CONTRIBUTORY PENSION PLAN, | Honorable Charles R. Norgle Sr. |
| Defendant. | |

**DEFENDANT'S MOTION FOR
JUDGMENT ON THE PLEADINGS**

Now comes Defendant, CATERPILLAR INC. NON-CONTRIBUTORY PENSION PLAN ("the Plan" or "Defendant"), by its attorneys, Seyfarth Shaw LLP, and pursuant to Federal Rule of Civil Procedure 12(c), respectfully submits this Motion for Judgment on the Pleadings on the basis *res judicata*. The grounds for this Motion are set forth below and are explained more fully in Defendant's accompanying Memorandum:

1. Defendant asserted the affirmative defense of *res judicata* in its Answer. In so doing, Defendant specifically alluded to — and attached public records of — the prior court action that bars Plaintiff's current suit.

2. Because "*res judicata* is an affirmative defense, [a] defendant should raise it [in its answer] and then move for judgment on the pleadings under Rule 12(c)." *Carr v. Tillery*, 591 F.3d 909, 913 (7th Cir. 2010).

3. "The three requirements for *res judicata* under federal law are: (1) an identity of the parties or their privies; (2) an identity of the causes of action; and (3) a final judgment

on the merits." *Highway J Citizens Group v. U.S. Dept. of Transp.*, 456 F.3d 734, 741 (7th Cir. 2006) (internal quotations and citations omitted).

4. *Stewart v. Caterpillar Inc.*, No. 1:12-cv-05328 (N.D. Ill. dismissed Nov. 30, 2012) (*Stewart I*) was brought against Caterpillar Inc. — the Plan Sponsor and Plan Administrator — and was dismissed with prejudice over two years ago.

5. "A[n] order of dismissal with prejudice 'is a final judgment on the merits.'" *Local 25 SEIU Welfare Fund v. Great Lakes Maintenance & Security Corp.*, 55 Fed. Appx. 373, 374 n.2 (7th Cir. 2002) (citing *Phillips v. Shannon*, 455 F.2d 460, 462 (7th Cir. 1971)).

6. A cause of action has identity with a past suit if it "emerges from the same core of operative facts." *Highway J Citizens Group*, 456 F.3d at 741 (citation omitted). Furthermore, the fact that the two actions sought similar types of relief "ought to be given significant weight in determining whether there is an identity between the plaintiffs' cause of action for *res judicata* purposes." *Id.*

7. The complaint filed in *Stewart I* alleges the same facts asserted in the complaint in this action and these facts form the basis of Plaintiff's claims in both lawsuits. Moreover, both suits sought the same relief.

8. Two parties are in privity for the purpose of *res judicata* if they have a commonality such that they "sufficiently represent" each other's interest. *Studio Art Theatre of Evansville, Inc. v. City of Evansville*, 76 F.3d 128, 131 (7th Cir. 1996) (citing *Donovan v. Estate of Fitzsimmons*, 778 F.2d 298, 301 (7th Cir. 1985)).

9. In this case, Caterpillar Inc. — sole defendant in *Stewart I* — is the Plan Sponsor and Plan Administrator. Therefore, the defendants in both actions share a commonality of interests.

WHEREFORE, Defendant respectfully requests that the Court grant its Motion for Judgment on the Pleadings and award Defendant its fees and costs incurred in preparing this motion.

DATED:  January 20, 2015

CATERPILLAR INC. NON-CONTRIBUTORY PENSION PLAN

By:  s/Mark Casciari
    One of its Attorneys

Mark Casciari
Ada Dolph
Abigail Cahak
mcasciari@seyfarth.com
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois  60603
Telephone:  (312) 460-5000
Facsimile:  (312) 460-7000

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KAREN J. STEWART,<br><br>      Plaintiff,<br><br>v.<br><br>CATERPILLAR INC. NON-CONTRIBUTORY PENSION PLAN,<br><br>      Defendant. | Case No.: 1:14-cv-08667<br><br>Honorable Charles R. Norgle Sr. |

## CERTIFICATE OF SERVICE

I, Mark Casciari, an attorney, do hereby certify that I have caused a true and correct copy of the foregoing DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS to be served upon all attorneys of record in the above-captioned matter via the Court's CM/ECF System on January 20, 2015.

                              By:  s/Mark Casciari
                                  One of Defendant's Attorneys